

IN THE
UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Respondent,<br><br>Vs.<br><br>JOSEPH DARIO KAMER<br>Petitioner. | 16-12143 — 6 |

# MOTION FOR EXTENSIN OF TIME

HEREIN COMES Petitioner/Appellant Joseph Dario Kamer, acting in pro se status in the above styled and entitled cause of action who respectfully moves this Honorable Court for to enter an Order Extending the time for filing Motion for Certificate of Appealability.

In support of this request for Extension, Petitioner/Appellant submits the following:

Petitioner/Appellant is proceeding pro se in the above styled cause of action. He is a layperson unskilled in the matter of preparing his case. While housed at the previous facility he was able to have assistance from someone who was knowledgeable in the law. At the present location, he does not have that advantage. As a result, he has been forced to reach outside the facility where he is housed to obtain assistance.

Not having been familiar with the case, the organization that is assisting him must have some time to review the 2255 case prior to drafting the Motion for Certificate of Appealability.

The Motion is due in the courts, November 30, Petitioner/Appellant is requesting up to and including December 20, 2016 to have the Motion for Certificate of Appealability filed along with the required forma pauperis form.

MOTION FOR EXTENSION
- 1

Wherefore Premises Considered, Petitioner/Appellant prays that the Court will;

(A) Grant Motion for Extension of time to file Motion Certificate of Appealability;

And Grant,

(B) Any other relief the Courts just and proper.

Respectfully Submitted,

This 29 day of November, 2016

_____
Joseph Dario Kamer, pro se
01759-104
FCI COLEMAN LOW
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1031
COLEMAN, FL 33521